IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              Case No. 4:11-cr-103-DPM-01

BRIAN WARD                                                                  DEFENDANT

ORDER

The Court needs to clarify one point about Ward's plea. The United States also agreed that, upon acceptance of Ward's plea in this case, it would move to dismiss the indictment against Ward in Case No. 4:11-cr-104-SWW. This term is not included in the written agreement or the addendum. The parties informed the Court of it at the May 2nd plea hearing. The parties indicated that dismissal of the other indictment was a mutually agreed term of their agreement in this case. With the parties' consent, the Court therefore enters this Order to be sure all of the mutual promises underlying the plea are of record.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 May 2012